U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN - 9 2017

TONY R. MOORE, CLERK
BY: _____ M3 _____
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ANTHONY F. ELIE | CIVIL ACTION NO. 1:15-CV-01661 |
| VERSUS | JUDGE TRIMBLE |
| U.S. COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Elie's appeal is GRANTED, the final decision of the Commissioner is VACATED, and Elie's case is REMANDED to the Commissioner for further proceedings, specifically to include review of ALL relevant medical evidence in the administrative record, and to consider the Listing in Appendix I, Elie's diagnosis of cuboid syndrome of both feet, Elie's medication side-effects, and Elie's residual functional capacity in light of the 2012 and 2013 medical records.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this ___9th___ day of January, 2017.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE